UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X     Case No.: 10-CV-2727 (JBW)
VERONICA SCHULTZ,                                                                          (RLM)

                                                        Plaintiff,              **NOTICE OF LIEN OF**
                                                                               **OUTGOING ATTORNEYS**

                        -against-

THE NEW YORK CITY POLICE DEPARTMENT, THE
CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND W. KELLY and JAMES BRIONES,

                                                      Defendants.

-----------------------------------------------------------------------X

        PLEASE TAKE NOTICE that the attorney of record for the plaintiff, **Veronica Schultz**, in

the above-captioned action has been changed, and that the firm of Jeffrey L. Goldberg, P.C., with

offices located at 2001 Marcus Avenue, Suite 510, Lake Success, New York 11042, has been

substituted as attorney for the plaintiff herein, by consent.

        PLEASE TAKE FURTHER NOTICE that the undersigned, **Law Offices of Thomas F.**

**Liotti**, with offices located at 600 Old Country Road, Suite 530, Garden City, New York 11530, as

outgoing attorneys for the plaintiff in the above-captioned action, hereby asserts a lien for services

hereinbefore rendered on behalf of the plaintiff herein against any future recovery or disposition of

the above action by suit, settlement, judgment or otherwise rendered on behalf of the plaintiff herein.

        PLEASE TAKE FURTHER NOTICE that no monies from any suit, settlement, judgment

or otherwise rendered on behalf of the plaintiff herein shall be released to plaintiff's counsel without

a stipulation and release signed by the undersigned outgoing attorneys concerning this lien.

        PLEASE TAKE FURTHER NOTICE that this Notice of Lien of Outgoing Attorneys may

1

be filed with the Clerk of the Court without further notice.

Dated: Garden City, New York
      August 9, 2010

                                                    LAW OFFICES OF THOMAS F. LIOTTI
                                                    By:  Edward A. Paltzik, Esq.  (EP3203)
                                                  Outgoing Attorneys for Plaintiff
                                                  600 Old Country Road,   Suite 530
                                                    Garden City, New York   11530
                                                    (516) 794-4700
                                                    Fax: (516) 794-2816
                                                    E-Mail Address: maria@tliotti.com

TO:     JEFFREY L. GOLDBERG, P.C.
          By: Eric Sanders, Esq.
          2001 Marcus Avenue, Suite S160
          Lake Success, New York 11042
          (516) 775-9400
          Fax: (516) 775-4477
          E-Mail Address: esanders@jlgoldbergpc.com

          PHYLLIS GAIL CALISTRO, ESQ.
          THE CITY OF NEW YORK LAW DEPARTMENT
          OFFICE OF THE CORPORATION COUNSEL
          Labor and Employment Law Division
          100 Church Street, Room 2-112
          New York, New York 10007
          (212) 788-8682
          Fax: (212) 788-8877
          E-Mail Address: pcalistr@law.nyc.gov

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X     Case No.: 10-CV-2727 (JBW)
VERONICA SCHULTZ,                                                                          (RLM)

                                                    Plaintiff,          **AFFIDAVIT OF SERVICE**

                        -against-

THE NEW YORK CITY POLICE DEPARTMENT, THE
CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND W. KELLY and JAMES BRIONES,

                                                    Defendants.

------------------------------------------------------------------------X

STATE OF NEW YORK  )
                                          ss:
COUNTY OF NASSAU  )

        Jean Lagrasta, being duly sworn deposes and says:

        1. I am not a party to the above captioned action; I am over 18 years of age and reside in

Levittown, New York.

        2. On August 9, 2010, I served the within **Notice of Lien of Outgoing Attorneys** upon the

following:

JEFFREY L. GOLDBERG, P.C.
By: Eric Sanders, Esq.
2001 Marcus Avenue, Suite S160
Lake Success, New York 11042
Fax: (516) 775-4477
E-Mail Address: esanders@jlgoldbergpc.com


PHYLLIS GAIL CALISTRO, ESQ.
THE CITY OF NEW YORK LAW DEPARTMENT
OFFICE OF THE CORPORATION COUNSEL
Labor and Employment Law Division
100 Church Street, Room 2-112
New York, New York 10007
Fax: (212) 788-8877
E-Mail Address: pcalistr@law.nyc.gov

by transmitting the papers by electronic means to: (a) the respective telephone number listed above

and (b) the respective E-mail addresses listed above, each of which were designated by the said

1

attorneys for such purpose.  I received a signal from the equipment of the said attorneys indicating

that the transmission was received via facsimile.  I have not received any electronic notice that the

respective E-mails were rejected or otherwise could not be completed.

     3. On August 9, 2010, I also served the within **Notice of Lien of Outgoing Attorneys** by

depositing a true copy of same enclosed in a post-paid wrapper, in an official depository under the

exclusive care and custody of the U.S. Postal Service, addressed to the following at the address set

forth after the name:

JEFFREY L. GOLDBERG, P.C.
By: Eric Sanders, Esq.
2001 Marcus Avenue, Suite S160
Lake Success, New York 11042

PHYLLIS GAIL CALISTRO, ESQ.
THE CITY OF NEW YORK LAW DEPARTMENT
OFFICE OF THE CORPORATION COUNSEL
Labor and Employment Law Division
100 Church Street, Room 2-112
New York, New York 10007

_____
                        Jean Lagrasta

Sworn to before me this

9th day of August, 2010.

_____
     Notary Public

MARIA ALBANO
Notary Public, State of New York
No. 41-4673292
Qualified in Nassau County
Commission Expires Dec. 31, 2010

2